MATILDA EDDINGTON, Respondent, v. EDWARD EDDINGTON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

In the Matter of ERNEST K. HALBACH, Appellant, against GENERAL DYESTUFF CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, upon the authority of *Matter of Schwarz* v. *General Aniline & Film Corp.* (305 N. Y. 395). No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See *post,* p. 870.]

■

CAROL KINCAID, by ELISABETH D. KINCAID, Her Guardian ad Litem, et al., Respondents, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Defendant, and EMILY J. BLUMENTHAL, as Executrix of A. PAM BLUMENTHAL, Deceased, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See *post,* p. 861.]

■

SOL OBSTFELD, Appellant, v. BEN J. SLUTSKY et al., Individually and as Copartners Doing Business under the Name of HOTEL OLCOTT, Respondents. BEN J. SLUTSKY, Respondent, v. SOL M. OBSTFELD, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

MARUJA DAVALOS, Appellant, v. ALFONSO DAVALOS, Respondent.— Order unanimously affirmed upon condition that defendant stipulate to proceed with trial when plaintiff's action is reached in regular course. No opinion. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

ARTHUR W. COLLINS, Appellant, v. HAROLD E. TALBOTT et al., Respondents. — Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

BASCOM LAUNDER CORP. et al., Suing for Themselves and for All Other Creditors of TELECOIN CORPORATION, Respondents, v. TELECOIN CORPORATION, Appellant, et al., Defendants.— Order unanimously modified by striking out items Nos. 4 through 7 and, as so modified affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. The items eliminated are not appropriate. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.